RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant, Progressive Casualty Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAEVINH QUAN NGUYEN, individually,<br><br>                                              Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign Corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive, jointly and severally,<br><br>                                              Defendants. | CASE NO:  2:24-cv-02006-GMN-NJK<br><br>***CORRECTED***<br>**STIPULATION AND ORDER TO DISMISS EXTRACONTRACTUAL (BAD FAITH) CLAIMS; TO CAP DAMAGES AND REMAND TO NEVADA STATE COURT** |

Counsel for Plaintiff, BETSY C. JEFFERIS-AGUILAR, ESQ. of HICKS & BRAISIER, PLLC and counsel for Defendant, RYAN L. DENNETT, ESQ. of DENNETT WINSPEAR, LLP hereby enter the following statements and stipulations before this court:

**BACKGROUND**

1. This matter was filed in Nevada State Court on August 1, 2024;

2. Defendant filed a Petition for Removal to Federal Court on October 24, 2024 (Doc. 1);

3. On November 13, 2024, Defendant filed its Statement Regarding Removal (Doc. 6) – no other proceedings have occurred in the Federal action;

4. The parties desire to stipulate to remand this matter to Nevada State Court (Eighth Judicial District) for further proceedings. Thus, the parties stipulate as follows:

. . .

**STIPULATIONS**

1. It is hereby stipulated that Plaintiff is dismissing her second cause of action for breach of the implied covenant of good faith and fair dealing and her third cause of action for violation of Nevada's unfair claims practices act, with prejudice;

2. It is further stipulated that the value of Plaintiff's remaining cause of action (first cause of action) for breach of contract, does not and shall not ever exceed the federal jurisdictional threshold amount of $75,000;

3. Based on those stipulations, counsel for the parties agree and stipulate further that this matter be remanded to Nevada State Court for all further proceedings.

| DATED this __30th__ day of December, 2024 | DATED this __2nd__ day of January, 2025. |
|---|---|
| **HICKS & BRASIER, PLLC** | **DENNETT WINSPEAR, LLP** |
| By  /s/ Betsy C. Jerreris-Aguilar<br>BETSY C. JERRERIS-AGUILAR, ESQ.<br>Nevada Bar No. 12980<br>2630 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br>Telephone: 702-628-9888<br>***Attorneys for Plaintiff,***<br>***Jaevinh Quan Nguyen*** | By   /s/ Ryan L. Dennett<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 5617<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada  89129<br>Telephone:  702-839-1100<br>***Attorneys for Defendant, Progressive***<br>***Casualty Insurance Company*** |

**ORDER**

UPON STIPULATION OF COUNSEL AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED: January 3, 2025

_____
U.S. DISTRICT COURT CASE

**Theresa Amendola**

| | |
|---|---|
| **From:** | Betsy Aguilar <baguilar@lvattorneys.com> |
| **Sent:** | Monday, December 30, 2024 9:26 AM |
| **To:** | Ryan Dennett |
| **Cc:** | 65f519d3e+matter1776868129@maildrop.clio.com; Theresa Amendola |
| **Subject:** | Re: Nguyen, Jaevinh |

Hi Ryan,

I hope you had a restful and relaxing holiday! I apologize for the delay here, stip looks great and you have my approval to file. Thank you again for preparing this.

█████████████████████████████████████████████████████████

Hope you and your family are doing well!!!

Get Outlook for iOS

---

**From:** Ryan Dennett <rdennett@dennettwinspear.com>
**Sent:** Monday, December 23, 2024 9:13:04 AM
**To:** Betsy Aguilar <baguilar@lvattorneys.com>
**Cc:** 65f519d3e+matter1776868129@maildrop.clio.com <65f519d3e+matter1776868129@maildrop.clio.com>; Theresa Amendola <tamendola@dennettwinspear.com>
**Subject:** RE: Nguyen, Jaevinh

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

---

Betsy,

    Merry Christmas week! Here is a stip to dismiss the extracontractual allegations, limit total value and to remand to state court. Please let me know if have changes, or if you are in agreement and we can affix your signature.

    Alternatively, I have some direction to see if we can just get the case done. Do you want to discuss that, and avoid the stipulation altogether?

Ryan

Ryan L. Dennett, Esq.






3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
(702)839.1100
(702)839.1113
Direct Dial (702)932.2626

---

**From:** Betsy Aguilar <baguilar@lvattorneys.com>
**Sent:** Monday, December 16, 2024 6:34 AM
**To:** Ryan Dennett <rdennett@dennettwinspear.com>